# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA LAFAVOR,<br><br>Defendant. | Case No. 2:23-cr-00206-CDS-DJA<br><br>**ORDER** |

Before the Court is Assistant Federal Public Defender Keisha Matthews' Sealed *Ex Parte* Motion to Withdraw as Counsel (ECF No. 85). For the reasons stated in the motion, the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Court will appoint CJA Counsel in this case and directs the CJA Resources Team to assign a CJA Panel Attorney to represent Defendant.

DATED: September 4, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE